Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 26−16932−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Illona M. Brock
aka Illona Mary Brock, aka Illona Brock
602 Neck Road
Burlington, NJ 08016

Social Security No.:
xxx−xx−0239

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/12/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 12, 2026
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16932-EJO
Illona M. Brock Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3
Date Rcvd: Aug 12, 2026 Form ID: 148 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Illona M. Brock, 602 Neck Road, Burlington, NJ 08016-2118 |
| cr | + | Rocket Mortgage, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 521253273 | + | Greenspoon Marder, LLP, Attn: Bankruptcy, 1037 Raymond Blvd., Suite 900, Newark, NJ 07102-5423 |
| 521253280 | + | Township of Burlington, ATTN: Tax Office, 851 Old York Road, Burlington, NJ 08016-3829 |
| 521254027 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2026 21:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 12 2026 21:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521253271 | ^ | MEBN | Aug 12 2026 21:33:54 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 521253272 | + | EDI: AMINFOFP.COM | Aug 13 2026 01:19:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 521253274 | + | EDI: IRS.COM | Aug 13 2026 01:19:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521253275 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 21:43:20 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521291175 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2026 21:43:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521253276 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 12 2026 21:41:00 | Nationstar Mortgage LLC d/b/a, Mr. Cooper, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 521253277 | + | EDI: TDBANKNORTH.COM | Aug 13 2026 01:19:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 521301019 | | EDI: PRA.COM | Aug 13 2026 01:19:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521253278 | | EDI: PRA.COM | Aug 13 2026 01:19:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 521308633 | | EDI: PRA.COM | Aug 13 2026 01:19:00 | Portfolio Recovery Associates, LLC, c/o Bloomingdales, POB 41067, Norfolk VA 23541 |
| 521274136 | + | EDI: JEFFERSONCAP.COM | Aug 13 2026 01:19:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT |

| | | | | |
|---|---|---|---|---|
| | | | | CLOUD, MN 56302-7999 |
| 521277754 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 12 2026 21:41:00 | Rocket Mortgage, LLC, Nikita R. Joshi, Aldridge Pite, LLP, 3333 Camino Del Rio South, Ste 225, San Diego, CA 92108-3808 |
| 521253279 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 12 2026 21:41:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 521258440 | ^ | MEBN | Aug 12 2026 21:35:59 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 521253281 | ^ | MEBN | Aug 12 2026 21:34:10 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 521253282 | | EDI: G2RSVOLKSWGN | Aug 13 2026 01:19:00 | Volkswagen Credit, Attn: Bankruptcy, 1401 Franklin Blvd.,, Libertyville, IL 60048 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521253283 | *+ | Volkswagen Credit, Inc, Attn: Bankruptcy, 1401 Franklin Blvd., Libertyville, IL 60048-4460 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor Rocket Mortgage LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Rocket Mortgage LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas G. Egner | on behalf of Debtor Illona M. Brock tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6